# United States District Court
# District of Massachusetts

WILLIAM CUMMINGS,
JOYCE CUMMINGS,
    Plaintiffs,

v.                                CIVIL ACTION NO. 09-12199-NMG

UNITED STATES OF AMERICA,
    Defendant.

## *REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (#16) AND DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT (#18)*

COLLINGS, U.S.M.J.

### *I. Introduction*

Plaintiffs William and Joyce Cummings ("the Cummings") brought this action against Defendant United States of America in the United States District Court for the District of Massachusetts on December 28, 2009. Subject matter

*After consideration of plaintiff's objection (Docket No. 30) thereto (which objection is overruled), Report and Recommendation is accepted and adopted.*

*/s/ N.M.Gorton, USDJ 11/22/11*